December 3, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

VALERIE  A. PHILLIPS AKA VALERIE PHILLIPS, Appellant

NO. 14-15-00716-CV                          V.

EXCELSIOR ON THE PARK, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 19, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Valerie A. Phillips aka Valerie Phillips.

We further order this decision certified below for observance.